UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. MICHAEL FIELDS (a/k/a "Kevin Dawson" a/k/a "Michael Lunsford")  SBI# 860153B**

## PETITION FOR WRIT OF HABEAS CORPUS

1. MICHAEL FIELDS (a/k/a "Kevin Dawson", a/k/a "Michael Lunsford"), (██████████) is now confined at Essex County Correctional Facility, 354 Doremus Avenue, Newark, New Jersey 07105.

2. Said individual will be required at Newark, New Jersey, before the Hon. Katharine S. Hayden, United States District Judge, **on Monday, December 10th, 2012, at 12:30 p.m.**, for an **Arraignment**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: December 3rd, 2012

_____
ADAM SUBERVI
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: 12/3, 2012

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Essex County Correctional Facility, Newark, New Jersey

WE COMMAND YOU that you have the body of

**MICHAEL FIELDS (a/k/a "Kevin Dawson", "Michael Lunsford")**

now confined at the Essex County Correctional Facility, Newark, New Jersey, be brought before the United States District Court, the Hon. Katharine S. Hayden, United States Post Office and Courthouse, Federal Square, Newark, New Jersey 07102, on Monday, December 10th, 2012, at 12:30 p.m., so that he may appear for an **Arraignment** in the above-captioned matter.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 12/3/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk